**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 108.31.16.124**

**ISP:** Verizon Fios
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/17/2019 18:58:47 | 2603421EF6EDDFD5C5EFB8F5BB79768698787247 | Your Luckiest Night |
| 04/14/2019 03:29:43 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 03/30/2019 00:51:15 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 03/29/2019 19:26:38 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 03/12/2019 11:06:44 | AF34A156405DEBF05141C890A2DDD4AB65745615 | Hot Night Tiny Blonde |
| 03/01/2019 11:04:44 | FF75AB28A949A17A52CEE71C191C37C61258B6AD | Rub Me The Right Way Too |

**Total Statutory Claims Against Defendant: 6**