**Copyrights-In-Suit for IP Address 108.31.16.124**

**ISP:** Verizon Fios
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Your Luckiest Night | PA0002097537 | 12/15/2017 | 01/03/2018 | 04/17/2019 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 04/14/2019 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 03/30/2019 |
| Threeway Strip Poker | PA0002133715 | 07/27/2018 | 08/02/2018 | 03/29/2019 |
| Hot Night Tiny Blonde | PA0002160863 | 03/03/2019 | 03/19/2019 | 03/12/2019 |
| Rub Me The Right Way Too | PA0002015095 | 05/04/2016 | 05/31/2016 | 03/01/2019 |

**Total Malibu Media, LLC Copyrights Infringed:  6**

EXHIBIT B

DC183